1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A P.C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:  (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiffs Twentieth
   Century Fox Film Corporation and
7  Warner Bros. Entertainment Inc.

8

9                    UNITED STATES DISTRICT COURT
10
                     CENTRAL DISTRICT OF CALIFORNIA
11

12 | Twentieth Century Fox Film Corporation | ) | Case No. SACV11-715 AG (MLGx) |
13 | and Warner Bros. Entertainment Inc.,   | ) | JUDGMENT PURSUANT TO |
   |                      Plaintiffs,       | ) | ENTRY OF DEFAULT |
14 |                                        | ) | |
   |        v.                              | ) | |
15 |                                        | ) | |
   | Steven Scott a/k/a Alan Scott, an      | ) | |
16 | individual and d/b/a www.classic-movies-| ) | |
   | direct.com, Golden Age Toys &          | ) | |
17 | Collectibles, Nocturnal Pictures; Kerry | ) | |
   | Lawler, an individual and d/b/a        | ) | |
18 | www.classic-movies-direct.com, Golden  | ) | |
   | Age Toys & Collectibles, Nocturnal     | ) | |
19 | Pictures; and Does 2 through 10,       | ) | |
   | inclusive,                             | ) | |
20 |                                        | ) | |
   |                      Defendants.       | ) | |
21

22

23      This cause having come before this Court on the motion of Plaintiffs Twentieth

24 Century Fox Film Corporation and Warner Bros. Entertainment Inc. (collectively

25
   "Plaintiffs") for entry of default judgment and permanent injunction ("Motion")
26
27 against Defendants Steven Scott a/k/a Alan Scott, an individual and d/b/a

28

Fox, et al. v. Scott, et al.: Proposed Judgment Pursuant      - 1 -
to Default

www.classic-movies-direct.com, Golden Age Toys & Collectibles, & Nocturnal Pictures, and Kerry Lawler, an individual and d/b/a www.classic-movies-direct.com, Golden Age Toys & Collectibles, & Nocturnal Pictures (collectively "Defendants");

AND, the Court having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in support of Plaintiffs' Motion;

AND GOOD CAUSE APPEARING THEREFORE, THE COURT ORDERS that this Judgment shall be and is hereby entered in the within action as follows:

1) Judgment is entered against the Defendants in favor of Plaintiffs.

2) Defendants and their agents, servants, and employees in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from:

    a) Infringing the Plaintiffs' Copyrights, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, reproducing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of the Plaintiffs' Copyrights, and, specifically:

        i) Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale the Unauthorized Media Product or any other unauthorized products which picture, reproduce, copy or use the

likenesses of or bear a substantial similarity to any of the Plaintiffs' Copyrights;

ii) Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to the Plaintiffs' Copyrights;

iii) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs, or are affiliated with Plaintiffs;

iv) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs.

3) Defendants are ordered to pay damages to Plaintiffs in the sum of Two Hundred Thousand Dollars ($200,000.00).

4)   Defendants are ordered to pay Plaintiffs' attorneys' fees and costs in the amount of Seven Thousand Six Hundred Dollars ($7,600.00).

5)   The Court finds there is no just reason for delay in entering this Judgment and directs immediate entry of this Judgment against Defendants.

6)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment.

DATED: February 01, 2012

_____
Hon. Andrew J. Guilford
Judge, United States District Court,
Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.


By:  /s/ Nicole L. Drey_____
       J. Andrew Coombs
       Nicole L. Drey
Attorneys for Plaintiffs Twentieth
Century Fox Film Corporation and
Warner Bros. Entertainment Inc.

Fox, et al. v. Scott, et al.: Proposed Judgment Pursuant to Default — - 4 -